# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| MCAIRLAIDS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 7:15-cv-6-MFU |
| MEDLINE INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) ) | |
| MCAIRLAID'S VLIESSTOFFE, GmbH, and MCAIRLAIDS, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | No. 7:15-cv-208-MFU |
| MEDLINE INDUSTRIES, INC., | ) ) ) | |
| Defendant. | ) | |

## MEDLINE INDUSTRIES, INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OF MARK PETERSON

Defendant Medline Industries, Inc. ("Medline"), by and through the undersigned counsel and pursuant to Rules 702 and 403 of the Federal Rules of Evidence, respectfully moves to exclude the expert testimony of Mark Peterson. The grounds supporting Medline's Motion are set forth in the Memorandum in Support of Medline Industries, Inc.'s Motion to Exclude Expert Testimony of Mark Peterson, which is being filed contemporaneously herewith.

Respectfully Submitted,

Dated: July 21, 2016          By:      /s/
                                   Brian C. Riopelle
                                   Andriana S. Daly
                                   McGuireWoods LLP

Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: 804-775-1000
Facsimile: 804-775-1061
briopelle@mcguirewoods.com
adaly@mcguirewoods.com

Brad R. Newberg
1750 Tysons Boulevard
Suite 1800
Tysons Corner, VA 22102-4215
Telephone: 703-712-5000
Facsimile: 703-712-5050
bnewberg@mcguirewoods.com

Daniel L. Fitch
Wharton, Aldhizer & Weaver, PLC
100 South Mason Street
Post Office Box 20028
Harrisonburg, Virginia 22801
Telephone: 540-434-0316
Facsimile: 540-434-5502
dfitch@wawlaw.com

*Counsel for Medline Industries, Inc.*

## **CERTIFICATE OF SERVICE**

I certify on this 21st day of July, 2016, a copy of the foregoing was filed via CM/ECF, which will send a notification of such filing to all counsel of record.

By: _____/s/_____
Andriana S. Daly